# Third District Court of Appeal
## State of Florida

Opinion filed September 20, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0037
Lower Tribunal No. F21-10475
_____

**Andrew Jackson,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Andrew Jackson, in proper person.

Ashley Moody, Attorney General, for appellee.


Before SCALES, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.